**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __Kentucky__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Republic Capital Corporation

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  6 1 – 0 9 8 3 7 2 3

4. **Debtor's address**

   **Principal place of business**
   11061 Dixie Highway
   Number    Street

   Walton    KY    41094
   City    State    ZIP Code

   Boone
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)   www.repcap.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Republic Capital Corporation**                                        Case number *(if known)*_____
　　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>　4　4　1　2 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check all that apply*:<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes.  Debtor _____  Relationship _____<br>　　　　District _____  When _____<br>　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page **2**

Debtor    __Republic Capital Corporation_____     Case number (*if known*)_____
          Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>❏ It needs to be physically secured or protected from the weather.<br>❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>❏ Other _____<br><br>**Where is the property?** _____<br>                   Number       Street<br>_____<br>_____<br>City                               State     ZIP Code<br><br>**Is the property insured?**<br>❏ No<br>❏ Yes. Insurance agency _____<br>       Contact name    _____<br>       Phone            _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>❏ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49           ❏ 1,000-5,000        ❏ 25,001-50,000<br>❏ 50-99          ❏ 5,001-10,000       ❏ 50,001-100,000<br>❏ 100-199       ❏ 10,001-25,000      ❏ More than 100,000<br>❏ 200-999 |
| 15. | **Estimated assets** | ❏ $0-$50,000            ❏ $1,000,001-$10 million      ❏ $500,000,001-$1 billion<br>❏ $50,001-$100,000     ❏ $10,000,001-$50 million     ❏ $1,000,000,001-$10 billion<br>☒ $100,001-$500,000   ❏ $50,000,001-$100 million   ❏ $10,000,000,001-$50 billion<br>❏ $500,001-$1 million    ❏ $100,000,001-$500 million   ❏ More than $50 billion |

Debtor  Republic Capital Corporation                        Case number (*if known*)_____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/16/2016
             MM / DD / YYYY

✘ /s/ Joseph J. Shockey                    Joseph J. Shockey
Signature of authorized representative of debtor    Printed name

Title  President & Director

**18. Signature of attorney**

✘ /s/ Paul Croushore                       Date  12/16/2016
Signature of attorney for debtor                  MM / DD / YYYY

Paul Croushore
Printed name

Law Office of Paul Croushore
Firm name

P.O. Box 75170
Number    Street

Cincinnati                                 OH      45275
City                                       State   ZIP Code

513-225-6666                               croushlaw@gmail.com
Contact phone                              Email address

KY 89146 - OH 0055524 - IN 19227-15
Bar number                                 State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**