**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

**REPUBLIC CAPITAL CORPORATION**                          Case No. 16-21623
                                                          Chapter 7
**DEBTOR**                                                Judge Wise

**ORDER GRANTING MOTION TO TAKE**
**RULE 2004 EXAM OF**
**TRINA HEINES**

  Michael L. Baker, Trustee in Bankruptcy, has requested an order pursuant to Fed. R. Bankr. P. 2004 requiring Trina Heines, "Heines", to appear for examination at the offices of The Baker Firm, PLLC, and produce certain documents. The Court in all ways sufficiently advised;

  IT IS HEREBY ORDERED AND AGREED, that the Trustee's Motion is granted. Heines shall appear for examination at the offices of The Baker Firm, PLLC, 301 W. Pike Street, Covington, KY 41011, March 22, 2018 at 9:00 a.m. The exam shall be transcribed by court reporter and shall continue from day to day until complete. Heines is also ordered to produce the documents listed on Exhibit A to the offices of The Baker Firm, PLLC, Michael B. Baker, 301 W. Pike Street, Covington, KY, 41011, no later than March 15, 2018.

# EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

The term "document" as used herein shall be used in its broadest sense and shall mean and include all handwritten, printed, typed, recorded, computer-generated and/or graphic matter of every kind and description, including as defined in Rule 34(a)(1)(A) of the Federal Rules of Civil Procedure, and includes all copies, drafts, proofs, both originals and copies either (1) in the possession, custody or control of you regardless of where located, or (2) produced or generated by, known to or seen by you, but not now in your possession, custody or control, regardless of where located, whether or not still in existence.

Such "documents" shall include, but are not limited to, applications, resumes, job postings, contracts, leases, agreements, papers, photographs, tape recordings, transcripts, checks, checkbooks, check stubs, check statements, bank statements, deposit slips, journals, general and subsidiary ledgers, other types of ledgers, worksheets, accounts, bills, promissory notes, invoices, punch cards, purchase orders, acknowledgments, authorizations, sales slips, receipts, shipping papers, letters or other forms of correspondence, envelopes, folders or similar containers, communications, programs, telex, TWX and other teletype communications, computer printouts and any other printout sheets, movie film, slides, microfilm, video or audio tapes, memoranda, reports, studies, summaries, minutes, minute books, circulars, notes (whether typewritten, handwritten or otherwise), agenda, bulletins, notices, announcements, proofs, sheets, instructions, charts, tables, manuals, brochures, magazines, pamphlets, lists, visitor's logs, schedules, price lists, telegrams, drawings, sketches, plans, specifications, diagrams, drafts, books and records, formal records, desk calendars, notebooks, diaries, registers, appointment books, budgets, analyses, projections, minutes of meetings, conferences or discussions of any kind, tax returns and other data compilations from which information can be obtained (including matter used in data processing) or translated, and any other printed, written, recorded, stenographic, computer-

generated, computer-stored or electronically stored matter, however and by whomever produced, prepared, reproduced, disseminated or made.

For purposes of the production of documents, the term shall include copies of all documents being produced to the extent the copies are not identical to the original, thus requiring the production of copies that contain any markings, additions or deletions that make them different in any way from the original.

The term "communication" as used herein shall mean and include any transmission or exchange of information between two or more persons, whether orally or in writing, and includes, without limitation, any conversation or discussion by means of letter, telephone, note, memorandum, telegraph, telex, telecopier, cable, or any other electronic or other medium.

The term "person" as used herein includes individuals, firms, corporations, partnerships, joint ventures, associations, governmental entities, other entities or groups of persons, and each division, department and other unit thereof, unless the context clearly indicates reference only to a specific individual.

The term "agreement" as used herein shall be used in its broadest sense and shall mean and include any understanding, contract, pact, stipulation, arrangement or other similar relationship, whether written or oral, formal or informal, regardless of legal validity or enforceability.

The terms "and" and "or" as used herein shall be construed either conjunctively or disjunctively, as required by the context, to bring within the scope of this request Order for Production of Documents any information which might be deemed outside its scope by another construction.

The word "date" as used herein shall mean the exact day, month and year, if ascertainable, or, if not ascertainable, the best approximation.

The term "relating to" as used herein includes pertaining to, referring to, or having as a subject matter, directly or indirectly, expressly or implied, the subject matter of the specific request.

If any document is withheld under a claim of privilege, please furnish a list which identifies

each document for which the privilege is claimed, including the following information:

    (a) the date of the document;

    (b) the sender(s);

    (c) the recipient(s);

    (d) the person(s) to whom copies were furnished, along with their job title or position;

    (e) the subject matter of the document; and

    (f) the basis on which the privilege is claimed.

In the event that any document referred to in response to this request has been destroyed, specify the date and the manner of such destruction, the reason for such destruction, the person authorizing the destruction and the custodian of the document at the time of its destruction.

## ITEMS TO BE PRODUCED

"Debtor" shall include:

Republic Capital Corporation.

  a) Republic Capital Equipment Sales

  b) Republic Capital Corporation Truck & Trailer Sales

  c) RepCap Equipment Sales

  d) I-71 Trailer Sales

  e) Republic Insurance Group

  f) STI Truck & Equipment Sales; and

  g) Republic Truck & Trailer Sales

1. A complete copy of all Form W-2's received by you for the tax years 2015, 2016, and 2017.

2. A complete copy of all Form 1099's received by you for the tax years 2015, 2016, and 2017.

3. A complete copy of all Form K-1's received by you for the tax years 2015, 2016 and 2017.

4. A complete copy of any and all compensation agreements between you and the Debtor.

5. A complete copy of any and all documents related to the transfer of any property from the Debtor to you, or a company in which you are affiliated.

6. Any and all documents related to the formation of RES, LLC.

7. Any and all documents and/or records related to any equity, or other goods or money, contributed by you to RES, LLC.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, March 14, 2018**
(grs)