**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

**REPUBLIC CAPITAL CORPORATION**  Case No. 16-21623
Chapter 7
**DEBTOR**  Judge Wise

**RE-NOTICE OF 2004 EXAM OF**
**GLENN J. CRONE**

    All parties take note, that the Rule 2004 Exam of Glenn J. Crone, originally scheduled for March 20, 2018, shall take place on June 20, 2018, at 9:30 a.m., at the office of The Baker Firm, PLLC, 301 W. Pike Street, Covington, KY 41011. Said exam shall continue day to day until complete. The exam shall be transcribed by court reporter and may be used for any and all purposes allowed under the Federal Rules of Bankruptcy Procedure and Evidence.

Respectfully submitted,

  /s/ Michael B. Baker
Michael B. Baker (91890)
THE BAKER FIRM, PLLC
301 W. Pike Street
Covington, KY 41011
(859) 647-7777
Fax: (859) 647-7799
mbaker@bakerlawky.com


Douglas S. Williams (KY-94544)
Arnzen, Storm & Turner, P.S.C.
600 Greenup St.
Covington, KY 41011
(859) 292-7658
Fax: (859) 292-7659
dwilliams@Arnzenlaw.com

## **CERTIFICATION OF SERVICE**

      The undersigned hereby certifies that on this May 10, 2018, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, at the e-mail address registered with the Court's CM/ECF system, upon the following:

United States Trustee
Debtor
Chapter 7 Trustee
All parties having requested notice via CM/ECF
Harry Hellings, Esq.

                                                   /s/Michael B. Baker
                                                 Michael B. Baker (91890)
                                                 THE BAKER FIRM, PLLC