# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:

**REPUBLIC CAPITAL CORPORATION**

**DEBTOR(S)**

**CASE NO. 16-21623**

**CHAPTER 7**

**Judge Tracey N. Wise**

## REPORT OF SALE AT AUTO AUCTION

COMES NOW, Michael L. Baker, Trustee in Bankruptcy, and reports to the Court that on February 20, 2018, the Trustee filed his Notice of Intent to Sell a 2007 Isuzu Ascender, bearing VIN 4NUDS13S372700533, at the Manheim Cincinnati Auto Auction [Bk. Doc. 188]. On March 22, 2018, the Trustee approved the sale of the vehicle for the auction-bid price of $1,300.00 to Isaacs Auto Group LLC. Copies of the Bill of Sale and Credit Memo are attached hereto as Exhibit "A". After deducting the sales commission of $145.00 and other out-of-pocket fees of $140.00, the Trustee has received the net proceeds in the amount of $1,015.00. The Trustee believes that the 2007 Isuzu Ascender sold for the highest bid and was the best available sales price given the age and condition of the vehicle; the trustee believes the sale was reasonably attended and fairly conducted.

Respectfully submitted,

/s/   Michael L. Baker
Michael L. Baker (02708)
ZIEGLER & SCHNEIDER, P.S.C.
541 Buttermilk Pike, Suite 500
P.O. Box 175710
Covington, KY 41017-5710
(859) 426-1300
Facsimile:   (859) 426-0222
mbaker@zslaw.com
*Trustee in Bankruptcy*

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on this 18th day of July, 2018, a copy of the foregoing was served either by First Class U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

George G. Gardner
7415 Burlington Pk #B
Florence, KY   41042-1780
*Attorney for Debtor*

Republic Capital Corporation
c/o Joseph Shockey
P.O. Box 98
Walton, KY   41094-0098

Joseph Shockey
1940 Fortside Cir
Ft. Mitchell, KY   41011-1872

                                          /s/   Michael L. Baker
                                          Michael L. Baker



EXHIBIT A

# BILL OF SALE

**THIS IS NOT AN INVOICE**

**DOCUMENT NOT VALID FOR EXPORT**

| | | | |
|---|---|---|---|
| **529 MANHEIM CINCINNATI**<br>4969 MUHLHAUSER RD<br>WEST CHESTER, OH, 45011, US | **Sale Date**<br>04-JUN-2018 15:01:28<br><br>**Yr Wk Ln Rn**<br>2018-23-11-501 | **Vehicle Purchase Price**<br>Sale Price       $ 1,300.00<br>Adjustments     $     0.00<br>Final Sale Price  $ 1,300.00 | |
| **Pickup Location**<br>4969 MUHLHAUSER RD<br>WEST CHESTER, OH 45011 US | **Sale Type**<br>In-Lane | **Seller**<br>MICHAEL BAKER, TRUSTEE<br>541 BUTTERMILK PIKE<br>PO BOX 175710<br>CRESCENT SPRINGS, KY 41017 US<br><br>Seller Rep:<br>*Signature on file* | **Buyer**<br>ISAACS AUTO GROUP LLC<br>180 S MAIN ST<br>SOMERVILLE, OH 45064 US<br><br>Buyer Rep: ISAAC, DUSTIN<br>*Signature on file* |
| **Vehicle Information**<br>2007 Isuzu Ascender<br>SUV LS<br>4NUDS13S372700533<br><br>Mileage: 170352 Miles   0<br><br>License Plate No: | | **Auction Lights**<br><br>RED      Vehicle sold as-is<br><br>**Odometer Disclosure**<br>Federal law (and state law, if applicable) requires the Seller to state the mileage upon transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.<br><br>Seller hereby states that the odometer for this Vehicle now reads identically to the Mileage stated on this Bill of Sale under Vehicle Information and certifies to the best of Seller's knowledge that this reflects the actual mileage of the Vehicle, unless disclosed otherwise in the Announcements & Notes below.<br><br>**Announcements & Notes**<br>AS IS OVER 100000<br>AS IS | |
| **Title Information**<br>State: KY    Number: 1 | | | |
| **Vehicle Features**<br>Straight 6 Cylinder Engine<br>4-Speed A/T | no emissions | | |

Seller agrees to sell the vehicle covered by this Bill of Sale to Buyer for the price noted herein.
Seller is the transferor of the vehicle and is responsible for all disclosures, including odometer and mileage.
Buyer must return a signed copy of the title front and back, including the odometer statement therein, to Seller or be subject to civil and criminal penalties. See 49 CFR § 580.5(f).
Manheim retains a purchase money security interest in the Vehicle and its title until good funds are received from the Buyer.
Seller and Buyer agree to the Manheim Terms and Conditions in effect at the time of the sale.
Sale terms and this Bill of Sale are subject to adjustments by Manheim. Please check your customer account at Manheim.com for most current version of this document.
Bill of Sale is not an Invoice. Please refer to Invoices in your account on Manheim.com.

Printed on: 11-Jun-2018 03:02:13



# Credit Memo # 8974945

| PAY TO | REMIT TO | INVOICE TYPE | Seller |
|---|---|---|---|
| MICHAEL BAKER, TRUSTEE | Manheim | INVOICE DATE | 04-JUN-2018 |
| 541 BUTTERMILK PIKE | Accounts Receivable | PAYMENT DUE DATE | 04-JUN-2018 |
| PO BOX 175710 | PO Box 105511 | BUYER REPRESENTATIVE | |
| CRESCENT SPRINGS, KY 41017 US | Atlanta, GA 30348 US | TRANSACTION LOCATION | 529 MANHEIM CINCINNATI |
| CINA7000761 | | ORIGINAL BUYER | |
| **BUYER** | **INVOICING-SALES LOCATION** | LEASE ACCOUNT NO | |
| ISAACS AUTO GROUP LLC | MANHEIM CINCINNATI | YEAR MAKE MODEL | 2007 Isuzu Ascender |
| 180 S MAIN ST | 4969 MUHLHAUSER RD | VIN | 4NUDS13S372700533 |
| SOMERVILLE, OH 45064 US | WEST CHESTER, OH 45011 US | MILEAGE | 170352 Miles |
| | | OFFSITE VEHICLE LOCATION | 4969 MUHLHAUSER RD WEST CHESTER OH 45011 US |

| CHARGE DATE | WORK ORDER | UNIVERSAL KEY | DESCRIPTION | CUSTOMER PO# | PRICE | TAX | LINE TOTAL |
|---|---|---|---|---|---|---|---|
| 04-JUN-2018 | 1407207 | 2018-23-11-501 | 2007 Isuzu Ascender | | ($1,300.00) | $0.00 | ($1,300.00) |
| 04-JUN-2018 | 1407207 | 2018-23-11-501 | PICK UP SUBLET | | $110.00 | $0.00 | $110.00 |
| 04-JUN-2018 | 1407207 | 2018-23-11-501 | WASH AND VAC | | $30.00 | $0.00 | $30.00 |
| 04-JUN-2018 | 1407207 | 2018-23-11-501 | SELL FEE | | $145.00 | $0.00 | $145.00 |

### ADJUSTMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | TOTAL ADJUSTMENTS | $0.00 |

### PAYMENTS

| DATE | REF NO | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 04-JUN-2018 | 3799841 | Check Issued | $1,015.00 |
| | TOTAL PAYMENTS | $1,015.00 |

**SPECIAL INSTRUCTIONS**
Please include the invoice number on all remittances and include remittance copy with postal payments.
Visit your Account at Manheim.com to manage preferences, view invoices & statuses, see history and pay invoices.
A late fee will be added, wherever applicable, to all past due invoices, subject to details in the Manheim Terms and Conditions.
If you have questions concerning this invoice, please call or email Manheim Customer Care @ 1-866-MANHEIM (626-4346), Mon-Sat 8a-12m and Sun 6p-10p ET. Info@manheim.com.

| | |
|---|---|
| SUB TOTAL | ($1,015.00) |
| TAX | $0.00 |
| ADJUSTMENTS | $0.00 |
| TOTAL BEFORE PAYMENTS | ($1,015.00) |
| PAYMENTS | $1,015.00 |
| AMOUNT DUE TO | $0.00 |

Overnight mailing address:
Manheim – Account Receivable 6205 Peachtree Dunwoody Rd Bldg. A, 3rd Floor, Accounts Receivable Atlanta, GA 30328 US

Printed on: 2018-06-11 15:03:11