**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

REPUBLIC CAPITAL CORPORATION

DEBTOR(S)

CASE NO. 16-21623
CHAPTER 7

Judge Tracey N. Wise

### ORDER FOR TRUSTEE'S FINAL COMPENSATION

WHEREAS, the Trustee, Michael L. Baker, has filed his final report, application for final compensation, and noticed a proposed distribution to creditors and parties in interest in the above named estate, and the Trustee having filed his notice of distribution and notice of commission and expenses to all creditors and parties in interest, and no objections having been raised to the proposed and requested commission and expenses, and the Court having reviewed the Final Report of the Trustee, finds that the commission is reasonable and not in excess of the limitations as described in 11 U.S.C. § 326, and the reimbursement of the expenses requested is reasonable, and the Court otherwise being sufficiently advised,

IT IS ORDERED, that the Trustee commission, in the amount of $12,166.58, be authorized and allowed. The Court further hereby approves the reimbursement of expenses to the Trustee in the amount of $652.86. The Trustee is Further Ordered to pay the allowed commission and expenses as an administrative expense.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, August 30, 2021**
(tnw)